# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 0714

VERSUS

JWAN BICKHAM

AUG 0 5 2019

---

In Re:   Jwan Bickham, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 590,232.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT